No. 97–8166.  SHAUGHNESSY v. SCHOOL ADMINISTRATIVE UNIT No. 30.  Sup. Ct. N. H.  Certiorari denied.

No. 97–8172.  O'HARE v. GOSS ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 97–8173.  BARRIER v. JOHNSON ET AL.; and BARRIER v. MARIN GENERAL HOSPITAL ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 97–8213.  BEITZEL v. LAZAROFF, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 97–8224.  ANDERSON v. EDWARDS, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 97–8252.  HUNTER v. BOWERSOX, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER.  C. A. 8th Cir.  Certiorari denied.

No. 97–8308.  PERRY v. INTERNAL REVENUE SERVICE ET AL. C. A. 7th Cir.  Certiorari denied.

No. 97–8348.  SIMONS v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 97–8362.  J. G. v. DEPARTMENT OF CHILDREN AND FAMILY SERVICES.  Dist. Ct. App. Fla., 4th Dist.  Certiorari denied.

No. 97–8370.  SHARP v. LOCK, SUPERINTENDENT, CENTRAL MISSOURI CORRECTIONAL CENTER, ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 97–8372.  HARRIS v. NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION.  C. A. 8th Cir.  Certiorari denied.

No. 97–8379.  CARTER v. CURRAN, ATTORNEY GENERAL OF MARYLAND, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 97–8384.  SCALES v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 97–8395.  LUCERO v. KERBY.  C. A. 10th Cir.  Certiorari denied.